■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD B. BROWN, Appellant.— Order unanimously reversed and proceeding remitted to Erie County Court for a hearing. Memorandum: The petition shows sufficient facts to entitle the defendant to a hearing on the issue of whether or not he was prevented from filing his notice of appeal from the judgment of conviction by the prison authorities. (See *People* v. *Hairston,* 10 N Y

2d 92.) (Appeal from order of Erie County Court denying, without a hearing, motion to vacate a judgment of conviction for rape, first degree, rendered October 25, 1952.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.